IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-01208-RPM

RODNEY SCHMIDT,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to the Joint Stipulation, filed November 10, 2009 [14], it is

ORDERED that this civil action is dismissed with prejudice with parties to bear their own legal fees and costs.

Dated:  November 10th , 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge